UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME THOMAS, JR., | ) NO. CV 07-3174-SJO (MAN) |
| Plaintiff, | ) ORDER ACCEPTING AND ADOPTING |
| v. | ) FINDINGS, CONCLUSIONS, AND |
| M. MENDEZ, et al., | ) RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("Complaint"), Defendants' motion to dismiss the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings, conclusions, and recommendations therein.

**IT IS ORDERED** that: Defendants' motion to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion"), is GRANTED as to the excessive force claim alleged in the

1  Complaint; Defendants' Motion is DENIED as to the deliberate
2  indifference to safety claim alleged in the Complaint; the excessive
3  force claim alleged in the Complaint is dismissed without leave to
4  amend; and within 30 days of this Order, Defendants shall file and serve
5  their Answer to the Complaint as so amended.

   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on
   Plaintiff and on counsel for Defendants.

   DATED: January 13, 2009

                                          /S/ S. James Otero
                                   _____
                                            S. JAMES OTERO
                                   UNITED STATES DISTRICT JUDGE