**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME THOMAS, JR., | ) NO. CV 07-3174-SJO (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| M. MENDEZ, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for lack of prosecution.

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2   the Judgment herein on the parties.
3
4   LET JUDGMENT BE ENTERED ACCORDINGLY.
5          February 10, 2010
6   DATED: _____ .
7
8                                              _____
9                                                   S. JAMES OTERO
                                              UNITED STATES DISTRICT JUDGE