UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME THOMAS, JR., | ) | NO. CV 07-3174-SJO (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| M. MENDEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for lack of prosecution.

DATED: February 11, 2010  .

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE